# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| NA 31 | 9618334 | B. BATTLE | 816 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 1730, 11/14/2020
Offense Charged: ☒ CFR ☐ USC ☐ State Code — 36 CFR 2.35(b)(2)
Place of Offense: LIRI MAIN FALLS PARKING LOT
Offense Description: Factual Basis for Charge — ILLEGAL POSSESSION OF CONTROLLED SUBSTANCE
HAZMAT ☐

### DEFENDANT INFORMATION

Last Name: BATTAGLIA
First Name: MICHAEL
M.I.: A

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| RVU 7915 | GA | 04 | CADI/CTS | ☐ | WHITE |

A ☐ APPEARANCE IS REQUIRED — If Box A is checked, you must appear in court. See instructions.
B ☒ APPEARANCE IS OPTIONAL — If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

NP20-158645

$500 Forfeiture Amount
+ $30 Processing Fee
$530 Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____  Date: _____  Time: _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signature]
Original - CVB Copy

*9618334*

CVB SCAN 02/10/2021 10:44

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on NOV 14, 2020 while exercising my duties as a law enforcement officer in the NORTH District of ALABAMA

SEE ATTACHED

The foregoing statement is based upon:
☒ my personal observation
☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 11/14/2020    Officer's Signature: [signature]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 02/10/2021 10:44